# ROSEN MOSS SNYDER LLP
**Attorneys at Law**

**MARC H. SNYDER\*+⊥**
DIRECT DIAL: 215-935-1106
EMAIL: msnyder@rms.law

\* MEMBER PA BAR
+ MEMBER NJ BAR
⊥ MEMBER DE BAR

**MAPLEWOOD OFFICE PARK**
**1300 VIRGINIA DRIVE**
**SUITE 310**
**FORT WASHINGTON, PA 19034**
**(215) 935-0315**
**FAX NO. (215) 935-0326**
**WEB SITE: www.rms.law**

**DELAWARE OFFICE**

SILVERSIDE CARR EXECUTIVE
CENTER, INC.
501 SILVERSIDE ROAD
SUITE 33
WILMINGTON, DELAWARE 19809
(302) 475-8060
FAX NO. (302) 475-8182

**BRISTOL OFFICE**

132 MILL STREET
BRISTOL, PENNSYLVANIA 19007
(215) 935-0315
FAX NO. (215) 935-0326

November 14, 2019

*VIA ECF FILING*
Honorable Paul S. Diamond
601 Market Street
Room 14614
Philadelphia, PA 19106

> RE: **Carol Bowman v. Life Insurance Company of North America**
> <u>Civil Action Number: 19-cv-3642</u>

Dear Judge Diamond:

Please be advised that I represent the plaintiff in the above-captioned matter. Please allow this letter to confirm the parties have reached a settlement of the case, and I am respectfully requesting for the court to issue a Rule 41.1(b) Order.

Thank you for your consideration.

Respectfully Submitted,

*Marc H. Snyder* /s/

MARC H. SNYDER

MHS/fll
cc:   Caitlyn Strauss, Esquire